# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **BRANDON MILLER, et al.,** | ) |
| **Plaintiffs,** | ) Case No. 2:18-cv-1341 |
| v. | ) Judge Sarah D. Morrison |
| **CHARTER NEX FILMS - DELAWARE, OH, INC., et al.,** | ) Magistrate Judge Kimberly A. Jolson |
| **Defendants.** | ) **AMENDED JOINT MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

Plaintiffs Brandon Miller and Seth Recore, on behalf of themselves and those similarly-situated ("Plaintiffs"), and Defendants Charter NEX Films - Delaware, OH, Inc., on behalf of itself and as successor-in-interest to Charter NEX Films, Inc. (collectively, the "Defendants"), hereby submit this Amended Joint Motion for Preliminary Approval of Settlement. On April 28, 2020, the Court held a status conference to discuss the Settlement Agreement and its material terms. During the status conference, the Court raised two issues that the parties thereafter agreed to address by executing the attached Amended Settlement Agreement. The parties now jointly move the Court for preliminary approval of the Amended Settlement Agreement. This motion is based upon the Memorandum of Law in Support of Joint Motion for Preliminary Approval of Settlement (ECF No. 61-1), the parties' Amended Settlement Agreement, Declarations of Erin Cook (ECF No. 61-2), Peter Contreras (ECF No. 62-2), and Matthew Coffman (ECF No. 62-1), all with exhibits, and all of the files, records and proceedings herein, as well as further points and authorities presented to this Court.

2

Respectfully submitted,

Dated: May 12, 2020

<table>
<tr><td>

*/s/ Matthew J.P. Coffman*
Matthew J.P. Coffman (0085586)
**COFFMAN LEGAL, LLC**
1550 Old Henderson Road
Suite 126
Columbus, Ohio 43220
Phone: 614-949-1181
Fax: 614-386-9964
mcoffman@mcoffmanlegal.com

Peter Contreras (0087530)
**CONTRERAS LAW, LLC**
1550 Old Henderson Road
Suite 126
Columbus, Ohio 43220
Phone: 614-787-4878
Fax: 614-923-7369
peter.contreras@contrerasfirm.com

*Attorneys for Named Plaintiffs and those similarly situated*

</td><td>

*/s/ Thomas Wyatt Palmer*
Thomas Wyatt Palmer (0072816)
Kelsey J. Mullen (0097720)
**THOMPSON HINE LLP**
41 South High Street, Suite 1700
Columbus, OH  43215-6101
Ph:  (614) 469-3200
Fx:  (614) 469-3361
Thomas.Palmer@ThompsonHine.com
Kelsey.Mullen@ThompsonHine.com

Josh Johanningmeier, *admitted pro hac vice*
Erin M. Cook, *admitted pro hac vice*
Aaron P. McCann, *admitted pro hac vice*
**GODFREY & KAHN, S.C.**
833 East Michigan Street, Suite 1800
Milwaukee, WI 53202-5615
Ph: (414) 273-3500
Fx: (414) 273-5198
jjohanni@gklaw.com
mcook@gklaw.com
amccann@gklaw.com

*Attorneys for Defendants*

</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing *Joint Motion for Preliminary Approval of Settlement* has been filed via the electronic filing system on May 12, 2020.  Notice of filing will be performed by the Court's electronic filing system, and Parties may access the document through the electronic filing system.

*/s/ Erin M. Cook*
Erin M. Cook

22022527.