# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **BRANDON MILLER, et al.,** | ) |
| **Plaintiffs,** | ) Case No. 2:18-cv-1341 |
| v. | ) Judge Sarah D. Morrison |
| **CHARTER NEX FILMS - DELAWARE, OH, INC., et al.,** | ) Magistrate Judge Kimberly A. Jolson |
| **Defendants.** | ) **JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT** |

Plaintiffs Brandon Miller and Seth Recore, on behalf of themselves and those similarly-situated ("Plaintiffs"), and Defendants Charter NEX Films - Delaware, OH, Inc., on behalf of itself and as successor-in-interest to Charter NEX Films, Inc. (collectively, the "Defendants"), hereby submit this Joint Motion for Final Approval of Settlement. This motion is based upon the Memorandum of Law in Support of Joint Motion for Final Approval of Settlement, the parties' Amended Settlement Agreement, Declarations of Erin Cook and Peter Contreras, both with exhibits, and all of the files, records and proceedings herein, as well as further points and authorities presented to this Court.

Respectfully submitted,

Dated: August 25, 2020

| | |
|---|---|
| */s/  Peter Contreras* <br> Matthew J.P. Coffman (0085586) <br> **COFFMAN LEGAL, LLC** <br> 1550 Old Henderson Road <br> Suite 126 <br> Columbus, Ohio 43220 <br> Phone: 614-949-1181 <br> Fax: 614-386-9964 <br> mcoffman@mcoffmanlegal.com <br><br> Peter Contreras (0087530) <br> **CONTRERAS LAW, LLC** <br> 1550 Old Henderson Road <br> Suite 126 <br> Columbus, Ohio 43220 <br> Phone: 614-787-4878 <br> Fax: 614-923-7369 <br> peter.contreras@contrerasfirm.com <br><br> *Attorneys for Named Plaintiffs and those similarly situated* | */s/  Thomas Wyatt Palmer* <br> Thomas Wyatt Palmer (0072816) <br> Kelsey J. Mullen (0097720) <br> **THOMPSON HINE LLP** <br> 41 South High Street, Suite 1700 <br> Columbus, OH  43215-6101 <br> Ph:  (614) 469-3200 <br> Fx:  (614) 469-3361 <br> Thomas.Palmer@ThompsonHine.com <br> Kelsey.Mullen@ThompsonHine.com <br><br> Josh Johanningmeier, *admitted pro hac vice* <br> Erin M. Cook, *admitted pro hac vice* <br> Aaron P. McCann, *admitted pro hac vice* <br> **GODFREY & KAHN, S.C.** <br> 833 East Michigan Street, Suite 1800 <br> Milwaukee, WI 53202-5615 <br> Ph: (414) 273-3500 <br> Fx: (414) 273-5198 <br> jjohanni@gklaw.com <br> mcook@gklaw.com <br> amccann@gklaw.com <br><br> *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing *Joint Motion for Final Approval of Settlement* has been filed via the electronic filing system on August 25, 2020.  Notice of filing will be performed by the Court's electronic filing system, and Parties may access the document through the electronic filing system.

>   */s/  Erin M. Cook*
>   Erin M. Cook

22750632.

2