**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

Brandon Miller, *et al*.,

                Plaintiffs,        :    Case No. 2:18-cv-1341

     - vs -                     Judge Sarah D. Morrison
                                          Magistrate Judge Jolson

Charter Nex Films, *et al*.,

                                 :

                Defendants.

<u>ORDER GRANTING JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT
AND PLAINTIFFS' UNOPPOSED MOTION FOR ATTORNEY'S FEES AND
REIMBURSEMENT OF COSTS</u>

      The parties' Joint Motion for Final Approval of Settlement (ECF No. 70) and Plaintiffs'

Counsel's Unopposed Motion for an Award of Attorney's Fees and Reimbursement of Costs

(ECF No. 62) are presently before the Court for consideration.  On September 8, 2020, the Court

held a fairness hearing on the motions. For the reasons that follow, both are **GRANTED**. (ECF

Nos. 62, 70.)

## I.     JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT

      The Court conditionally certified the Additional Renumeration Subclass and the

Rounding Subclass under the Fair Labor Standards Act, 29 U.S.C. § 216(b), on February 4,

2019. (ECF No. 21.)

      The Amended Settlement Agreement calls for Defendant to pay a total settlement amount

of $140,000, which includes the following distribution: (1) $79,441 for settlement award

payments to class and collective members; (2) $6,000 for service payments, with $3,000 going to

each named Plaintiff; (3) $46,500 for payment of Class Counsel's fees; and (4) $8,059 for

payment of class counsel's costs. (ECF No. 61-1 at 5.) The parties state that the $79,441 sum, which is to be distributed on a *pro rata* basis, "exceeds Plaintiffs' maximum recovery" for all damages except for the contested rounding claim. *Id*. Plaintiffs are conceding any damages for that count as part of the settlement. *Id*. The Amended Settlement Agreement combined the two FLSA classes into one collective class.

The Court preliminarily approved the Amended Settlement Agreement and Release on June 2, 2020. (ECF No. 68.)  The Preliminary Approval Order: (1) approved the parties' collective FLSA settlement as a fair, reasonable, and adequate resolution of a bona fide legal dispute among the parties; (2) certified the Ohio Settlement Class for settlement purposes only; (3) approved the three settlement notices as being the best possible notices under the circumstances; (4) approved the proposed settlement procedure; (5) appointed Attorneys Matthew Coffman and Peter Contreras as class counsel; (6) appointed Brandon Miller as the Ohio Settlement Class Representative; and (7) scheduled a fairness hearing. *Id*. Notices were subsequently issued in accordance with the Preliminary Approval Order.

The Joint Motion for Final Approval indicates that the Ohio Settlement Class consists of 146 individuals and that the FLSA Settlement Class consists of 50 members. (ECF No. 70-1 at 4.) Eight members of the FLSA Settlement Class are also members of the Ohio Settlement Class. *Id*. Thus, there are 188 total eligible members of the settlement classes. *Id*. No member opted-out and no one objected. *Id*.

The Court, having considered the Joint Motion, the terms of the parties' Amended Settlement Agreement, and the authority and exhibits provided in support of the motion, is of the opinion that the settlement resolves a bona fide dispute and is fair, reasonable, and adequate under 29 U.S.C. § 216(b) and Fed. R. Civ. P. 23. In addition, the notices satisfied the

requirements of Fed. R. Civ. P. 23(c)(2)(B) and due process while constituting the best practicable notice under the circumstances. Thus, the Joint Motion for Final Approval is **GRANTED**. (ECF Nos. 70.) For settlement purposes only, the Court certifies the Ohio Settlement Class, pursuant to Fed. R. Civ. P. 23(a) and (b)(3), for the same reasons as set forth in the Preliminary Approval Order. The Court also certifies the FLSA Collective under the logic espoused in the February 4, 2019 Order for settlement purposes only.

## II.     UNOPPOSED MOTION FOR AN AWARD OF ATTORNEY'S FEES AND COSTS

Class Counsel have filed an unopposed request for an award of $46,500 in attorney's fees and for the reimbursement of $8,059 in advanced expenses, for a total fees and costs award of $54,559. (ECF No. 62.) The requested fees award is slightly less than one-third of the overall settlement fund recovered in this matter. An attorney's fees award of "33% is typical for attorney's fees in common fund, FLSA collective actions in this District . . . ." *Hebert v. Chesapeake Operating, Inc.*, 2019 WL 4574509, Case No. 2:17-cv-852, *8 (S.D. Ohio Sept. 20, 2019) (Morrison, J.).

The Court has conducted the *Ramey v. Cincinnati Enquirer, Inc*., 508 F.2d 1188, 1196 (6th Cir. 1974) analysis and determines that the amounts being sought are fair and reasonable. The Court **GRANTS** Class Counsel's Unopposed Motion for an Award of Attorney's Fees and Reimbursement of Costs (ECF No. 62) and awards Class Counsel $46,500 for attorney's fees and $8,059 for costs.

## III.    CONCLUSION

The Joint Motion for Final Approval of Settlement (ECF No. 70) and the Unopposed Motion for an Award of Attorney's Fees and Reimbursement of Costs (ECF No. 62) are **GRANTED**.

The Court:

(1) **ORDERS** that the Settlement Agreement is binding on Defendant, Brandon Miller, Seth Recore, all of the Ohio Settlement Class Members who have not timely excluded themselves from the Settlement Agreement, and the FLSA Collective Members who did not timely exclude themselves from the Settlement Agreement;

(2) **ORDERS** Defendant to make the settlement payments provided in the Amended Settlement Agreement to the Settlement Administrator as provided therein;

(3) **AWARDS** Class Counsel $46,500 in attorney's fees and $8,059 in costs; and

(4) **ORDERS** Class Counsel to file a dismissal with prejudice of the Settlement Class Members' claims immediately upon payment of the Gross Settlement Amount.

**IT IS SO ORDERED**.

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**